4/25/2025 9:17 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-009236
Rosa Oneal

**CAUSE NO. D-1-GN-24-009236**

| | | |
|---|---|---|
| KATHERIN YOUNIACUTT and | § | IN THE DISTRICT COURT OF |
| TAMMY THOMPSON | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| TEXAS STATE BOARD OF SOCIAL | § | |
| WORKER EXAMINERS, et. al., | § | |
| | § | |
| *Defendants.* | § | 345TH JUDICIAL DISTRICT |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/25/2025 2:21:36 PM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF ACCELERATED INTERLOCUTORY APPEAL AND AUTOMATIC STAY

Pursuant to Texas Rules of Appellate Procedure 25.1(a) and 26.1(b), Defendants, Texas State Board of Social Worker Examiners; Dolores Saenz-Davila, Katie Andrade, Korina Delapeña, Ryan Dollinger, Asia Rodgers, Lea Ann Tatum, and Jennifer Swords, in their official capacities as members of the Texas State Board of Social Worker Examiners; Texas Behavioral Health Executive Council ("TBHEC"); Darrel D. Spinks, in his official capacity as Executive Director of TBHEC; Gloria Canseco, John K. Bielamowicz, Mark E. Cartwright, Steven Hallbauer, Daniel W. Parrish, and Christopher S. Taylor, in their official capacities as members of TBHEC; and Brian C. Brumley and Quida J. Pryor, in their official capacities as members of both the Texas State Board of Social Worker Examiners and TBHEC (collectively, "Defendants"), give notice of an appeal of the court's order on April 14, 2025 denying Defendants' Plea to the Jurisdiction.

Defendants are entitled to an interlocutory appeal pursuant to Texas Civil Practice and Remedies Code section 51.014(a)(4) and (8), which allow for an immediate appeal from an order that denies a plea to the jurisdiction. Defendants appeal to the Fifteenth Court of Appeals. This is an accelerated appeal as provided by Texas Rules of Appellate Procedure 28.1. This is not a parental termination or child protection case, as defined in Rule 28.4.

Pursuant to Texas Civil Practice and Remedies Code § 51.014(b), all further proceedings in this court are stayed pending resolution of Defendants' appeal. Pursuant to Section 6.001, as a governmental officers, Defendants are not required to file a bond for court costs. Defendants' appeal is therefore perfected upon the filing of the notice of appeal.

Respectfully Submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief for General Litigation Division

*/s/ John Ramsey*
**JOHN RAMSEY**
Attorney-in-Charge
Texas State Bar No. 24051227
john.ramsey@oag.texas.gov

**ALI THORBURN**
Texas Bar No. 24125064
ali.thorburn@oag.texas.gov

Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2025, a true and correct copy of the foregoing document was served via the electronic filing system to all counsel of record.

_/s/ John Ramsey_
**JOHN RAMSEY**
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Hendrix on behalf of John Ramsey
Bar No. 24051227
Laura.Hendrix@oag.texas.gov
Envelope ID: 100081552
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF ACCELERATED INTERLOCUTORY APPEAL AND AUTOMATIC STAY
Status as of 4/25/2025 11:32 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Arif Panju | 24070380 | apanju@ij.org | 4/25/2025 9:17:59 AM | SENT |
| James Knight | | jknight@ij.org | 4/25/2025 9:17:59 AM | SENT |
| Andrew Ward | | andrew.ward@ij.org | 4/25/2025 9:17:59 AM | SENT |
| Ashlynn Acosta | | aacosta@ij.org | 4/25/2025 9:17:59 AM | SENT |
| Claire Purple | | cpurple@ij.org | 4/25/2025 9:17:59 AM | SENT |

Associated Case Party: TEXAS BEHAVIORAL HEALTH EXECUTIVE COUNCIL

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laura Hendrix | | laura.hendrix@oag.texas.gov | 4/25/2025 9:17:59 AM | SENT |
| John Ramsey | | John.Ramsey@oag.texas.gov | 4/25/2025 9:17:59 AM | SENT |
| Ali Thorburn | | ali.thorburn@oag.texas.gov | 4/25/2025 9:17:59 AM | SENT |
| Ariana Ines | | ariana.ines@oag.texas.gov | 4/25/2025 9:17:59 AM | SENT |